UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETE IBARRA III, | CASE NO. C16-0317JLR |
| Plaintiff, | ORDER |
| v. | |
| SNOHOMISH COUNTY, et al., | |
| Defendants. | |

On March 23, 2017, Plaintiff Pete Ibarra III left voicemail messages with the Clerk's office. In those voicemail messages, Mr. Ibarra requests an extension of time to retain new counsel after his attorney's withdrawal (*see* 3/22/17 Min. Entry (Dkt. # 50)) and an opportunity to "redo" his physician's deposition. The court will not consider oral requests made via voicemail message; rather, Mr. Ibarra must make requests for relief in writing on the court's docket. Accordingly, the court directs Mr. Ibarra to the Federal Rules of Civil Procedure and the Local Civil Rules for the Western District of Washington for instruction on filing motions seeking relief from the court. *See* Fed. R.

ORDER - 1

Civ. P. 6(b); Local Rules W.D. Wash. LCR 7; *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987) ("Pro se litigants must follow the same rules of procedure that govern other litigants."), *overruled on other grounds by Lacey v. Maricopa Cty.*, 693 F.3d 896, 925 (9th Cir. 2012). In addition, Mr. Ibarra can locate on the Western District of Washington's website materials that assist *pro se* litigants. *See Representing Yourself ("Pro Se")*, W. DIST. OF WASH., http://www.wawd.uscourts.gov/representing-yourself-pro-se; *E-Pro Se*, W. DIST. OF WASH., http://www.wawd.uscourts.gov/pro-se/e-pro-se.

Dated this 23rd day of March, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2