The Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETE IBARRA, III<br><br>Plaintiff,<br><br>vs.<br><br>SNOHOMISH COUNTY, MARSHAL KATHY MARINO; MARSHAL JAMES SIMONESCHI; members of the SNOHOMISH COUNTY SHERIFF'S OFFICE,<br><br>Defendants. | NO. 16-cv-00317<br><br>*AND ORDER OF*<br>STIPULATION TO VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |

*JLR*

It is hereby stipulated and agreed by and between Plaintiff Pete Ibarra, *pro se*, and Defendants Snohomish County, Marshal Kathy Marino, and Marshal James Simoneschi that the above-captioned case is voluntarily dismissed without prejudice pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated on this 5th day of April, 2017.

By: s/ _____
PETE IBARRA, III
*Pro Se* Plaintiff

STIPULATION TO VOLUNTARY DISMISSAL - 1

draft voluntary dismissal

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

MARK K. ROE
Snohomish County Prosecuting Attorney

By:   _s/ Marc O. Bides_
MARC O. BIDES, WSBA No. 40496
Deputy Prosecuting Attorney
*Attorneys for Defendants*
Snohomish County Prosecuting Attorney – Civil Division
3000 Rockefeller Ave., M/S 504
Everett, Washington 98201
Phone: (425) 388-6330 / Fax: (425) 388-6333
mbides@snoco.org

## ORDER

Based upon the foregoing Stipulation, it is hereby ORDERED that the attached Stipulation to Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii) is granted and this case is voluntarily dismissed without prejudice.

DATED this 5th day of April, 2017.

_____
The Honorable James L. Robart
United States District Court Judge

STIPULATION TO VOLUNTARY DISMISSAL - 2
stip. and ord. for volun. dism.

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333